1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )
                                        )
12                  Plaintiff,          )    SA 08-208M
                                        )
13        v.                            )    ORDER OF DETENTION AFTER HEARING
                                        )    (18 U.S.C. § 3142(i))
14   MANOLO MUNOZ HERNANDEZ,            )
                                        )
15                  Defendant.          )
                                        )
16

17                                      I.

18   A.  ( ) On motion of the Government involving an alleged

19       1. ( ) crime of violence;

20       2. ( ) offense with maximum sentence of life imprisonment or death;

21       3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

22          (21 U.S.C. §§ 801,/951, et. seq.,,/955a);

23       4. ( ) felony - defendant convicted of two or more prior offenses described above.

24   B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25       1. (X)   serious risk defendant will flee;

26       2. ( )   serious risk defendant will

27          a. ( ) obstruct or attempt to obstruct justice;

28          b. ( ) threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1                                               II.

2      The Court finds no condition or combination of conditions will reasonable assure:

3      A. ( X )   appearance of defendant as required; and/or

4      B. ( )  safety of any person or the community;

5                                               III.

6      The Court has considered:

7      A.  ( x) the nature and circumstances of the offense;

8      B.  (x) the weight of evidence against the defendant;

9      C.  (x) the history and characteristics of the defendant;

10     D.  ( ) the nature and seriousness of the danger to any person or to the community.

11                                              IV.

12     The Court concludes:

13     A.  ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15     B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

16            **Defendant is undocumented.  He has no ties to the community and no bail**

17            **resources.**

18

19     C.  ( ) A serious risk exists that defendant will:

20            1. ( )   obstruct  or  attempt to  obstruct  justice;

21            2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23     D.  ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24            provided in 18 U.S.C. § 3142 (e).

25  ///

26  ///

27  ///

28  ///

1  IT IS ORDERED that defendant be detained prior to trial.

2  IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4  IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5  consultation with his counsel.

8  Dated: May 15, 2008

                                        _____
                                        MARC L. GOLDMAN
                                        UNITED STATES MAGISTRATE JUDGE

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                         - 3 -                              Page 3 of 3